# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Robert Castillo,**

   *Plaintiff,*

v.                                                          **Case No: 8:23-cv-910-TPB-MRM**

**Experian Information Solutions, Inc.,**

   *Defendant.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Experian Information Solutions, Inc., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian Information Solutions, Inc. from this case with prejudice.

Dated May 26, 2023,

                                                           **SERAPH LEGAL, P. A.**

                                                           */s/ Bridget L. Scarangella*
                                                           Bridget L. Scarangella, Esq.
                                                           Florida Bar No.: 1022866
                                                          BScarangella@SeraphLegal.com
                                                          Seraph Legal, P. A.
                                                           1614 North 19th Street
                                                          Tampa, FL 33605
                                                          (813) 321-2345
                                                          Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2023 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties and to Jennifer Sun via email at Jennifer.sun@experian.com, Defendant's in-house counsel.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866